UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FERNANDO ROBERSON,

       Petitioner,

v.                                  CASE NO. 2:07-CV-13388
                                        HONORABLE PATRICK J. DUGGAN

BLAINE LAFLER,

       Respondent.
_____/

## JUDGMENT

This matter is pending before the Court on Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner is challenging his 2005 convictions following a guilty plea in the Circuit Court for Washtenaw County, Michigan, for second-degree murder (Mich. Comp. Laws §750.317), felony firearm (Mich. Comp. Laws §750.227b), and possession by a felon of a firearm (Mich. Comp. Laws §750.224f). In an Opinion and Order entered on this date, the Court has concluded that Petitioner is not entitled to habeas relief.

    Accordingly,

    **IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: July 22, 2009                s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Fernando Dion Roberson, #254992
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI 48880

Brian O. Neil, Esq.